162 A.3d 1045

IN THE MATTER OF PASQUALE MARAGO, AN ATTORNEY AT LAW (ATTORNEY NO. 036382009)

June 19, 2017

### CORRECTED ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 17–045 of **PASQUALE MARAGO** of **RARITAN,** who was admitted to the bar of this State in 2009;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.7 (concurrent conflict of interest), *RPC*

1.8(a)(improper business transaction with a client), *RPC* 1.15(a)(negligent misappropriation of client funds and failure to safeguard funds), *RPC* 1.15(d) and *Rule* 1:21–6(c)(1)(H)(record-keeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.7, *RPC* 1.8(a), *RPC* 1.15(a), *RPC* 1.15(d), and *Rule* 1:21–6(c)(1)(H), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2015–0325E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **PASQUALE MARAGO** of **RARITAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.